1004

No. 625.  Rogers *v.* Thompson, Trustee.  Certiorari, 350 U. S. 964, to the Supreme Court of Missouri.  Missouri Pacific Railroad Company substituted for Thompson, Trustee, as the party respondent.

No. 445, Misc.  Stevens *v.* Martin, Warden.  Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.  Motion for leave to file petition for writ of habeas corpus also denied.

No. 557, Misc.  Collins *v.* Heinze, Warden.  C. A. 9th Cir.  Certiorari denied.  Motion for leave to file petition for writ of habeas corpus also denied.

No. 12, Misc.  Bindrim *v.* Ragen, Warden;
No. 426, Misc.  Schrader *v.* Ragen, Warden;
No. 433, Misc.  Johnson *v.* Warden, Eastern State Penitentiary, Pennsylvania; and
No. 589, Misc.  Davis *v.* United States.  Motions for leave to file petitions for writs of habeas corpus denied.  Petitioners *pro se.*  *Latham Castle,* Attorney General of Illinois, for respondent in No. 12, Misc.

No. 428, Misc.  Boyce *v.* California.  Application denied.

No. 431, Misc.  Shotkin *v.* Board of Education of Florida.  Petition for allowance of appeal denied.

No. 511, Misc.  Bell *v.* United States.  Motion for leave to file petition for writ of mandamus denied.